<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-6694**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CLAYTON DOUGLAS DANGERFIELD, a/k/a Robert
Douglas Dangerfield,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  David C. Norton, District Judge.
(CR-94-301, CA-97-1127-18-2)

———————————

Submitted:  October 8, 1998          Decided:  November 16, 1998

———————————

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Clayton Douglas Dangerfield, Appellant Pro Se.  Matthew R. Hubbell,
Assistant United States Attorney, Charleston, South Carolina, for
Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

    Clayton Douglas Dangerfield seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Dangerfield</u>, No. 98-6694 (D.S.C. March 19, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>